United States District Court
Southern District of Texas
**ENTERED**
November 04, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LORENA CARDENAS-LAMAS,<br>     Petitioner, | §<br>§<br>§ | |
| v. | §<br>§ | Civil Action No. 1:16-cv-00231<br>(Criminal No. 1:14-cr-00184-1) |
| UNITED STATES OF AMERICA,<br>     Respondent. | §<br>§<br>§ | |

## ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. No objections have been filed. After a de novo review of the file, the "Magistrate Judge's Report and Recommendation" (Docket No. 5) is **ADOPTED**. It is therefore **ORDERED, ADJUDGED**, and **DECREED** that to the extent Cardenas-Lamas seeks relief under 28 U.S.C. § 2255, her "Motion Pursuant to 28 U.S.C. § 2255 to Vacate Set Aside Sentence in light of Retroactive Effect of the Clarifying Amendment (794)" (Docket No. 1) is **DISMISSED** for failure to state a cognizable claim. Moreover, to the extent Cardenas-Lamas seeks a reduction of her sentence based on a retroactive application of Amendment 794 to the United States Sentencing Guideline, her motion (Docket No. 1) is construed as seeking relief pursuant to 18 U.S.C. 3582(c)(2), and is **DENIED** because Amendment 794 has not been given retroactive effect under § 1B1.10 of the United States Sentencing Guideline. A certificate of appealability shall not issue.

The Court **ORDERS** the Clerk's Office to close the above-captioned case.

Signed on this 3rd day of November, 2016

Rolando Olvera
United States District Judge